Victory Vil. Tenants Assn., Inc. v Evergreen Communities, LLC (2023 NY Slip Op 06712)

Victory Vil. Tenants Assn., Inc. v Evergreen Communities, LLC

2023 NY Slip Op 06712

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: WHALEN, P.J., CURRAN, OGDEN, AND GREENWOOD, JJ. (Filed Dec. 22, 2023.) 

MOTION NO. (352/23) CA 22-00432.

[*1]VICTORY VILLAGE TENANTS ASSOCIATION, INC., PLAINTIFF-RESPONDENT, 
v
EVERGREEN COMMUNITIES, LLC, VICTORY VILLAGE MHC, LLC, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for leave to reargue denied.